UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JACOB MARSALA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NUMBER: 1:23-cv-01407-GSA<br><br>**ORDER DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS AND TERMINATE IFP APPLICATION AS MOOT**<br><br>**(Doc. 2)** |

Plaintiff having paid the filing fee, it is **ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis (Doc. 2) is **TERMINATED** as moot.

2. The Findings and Recommendations (Doc. 4) are **TERMINATED** as moot.

3. The Clerk of Court is **DIRECTED** to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

IT IS SO ORDERED.

　Dated:　**November 6, 2023**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE